UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-61607-CIV-ROSENBAUM**

CHRISTINE COLTON,

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT,
INC., d/b/a Allied Collection Services, Inc.,

    Defendant.

_____/

**ORDER**

    This matter is before the Court upon a review of the case file. On September 19, 2012, the Court received notice via telephone from Counsel indicating that the parties had reached a settlement of this matter. In light of the notice of settlement, the Court hereby directs the parties to submit a stipulation for dismissal that complies with Rule 41(a), Fed. R. Civ. P., within ten (10) calendar days of the date of this Order so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of September 2012.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record