# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-61607-CIV-ROSENBAUM/SELTZER

CHRISTINE COLTON,

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,
d/b/a ALLIED COLLECTION SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: October 1, 2012                      Respectfully submitted,

| | |
|---|---|
| s/ J. Dennis Card, Jr._____ | s/ Craig S. Hudson_____ |
| J. Dennis Card, Jr., Esq. | Craig S. Hudson, Esq. |
| E-mail: Dcard@Consumerlaworg.com | Florida Bar No. 27940 |
| Florida Bar No. 0487473 | Email: cshudson@mdwcg.com |
| Consumer Law Organization, P.A. | MARSHALL, DENNEHEY, WARNER |
| 2501 Hollywood Boulevard, Suite 100 | COLEMAN & GOGGIN |
| Hollywood, Florida 33020 | 1 East Broward Boulevard, Suite 500 |
| Telephone: (954) 921-9994 | Fort Lauderdale, Florida 33301 |
| Facsimile: (954) 921-9553 | Telephone: (954) 847-4920 |
| Attorney for Plaintiff | Facsimile: (954) 627-6640 |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                               s/ J. Dennis Card, Jr.

## SERVICE LIST

Craig S. Hudson, Esq.
Florida Bar No. 27940
Email: cshudson@mdwcg.com
MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN
1 East Broward Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4920
Facsimile: (954) 627-6640
Counsel for Defendant
Served via CM/ECF